___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 9, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                    CHAPTER 13:

ROSHELLE ANICE COLEMAN                                   CASE NO. 23-02098-JAW

### AGREED ORDER CONDITIONALLY
### DENYING TRUSTEE'S MOTION TO DISMISS

**THIS MATTER** came before the Court on the Trustee's Motion and Notice to Dismiss for Non-Payment (Docket #47) and Debtor's Response (Docket #48). Thus, having considered the matters and finding the parties in agreement, the Court finds the Trustee's Motion should be conditionally denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion and Notice to Dismiss for Non-Payment is hereby denied on the condition that the Debtor shall **submit funds to the Trustee in the amount of at least Four Hundred Forty-Two Dollars and 00/100 ($442.00) on or before September 25, 2025.** Upon receipt of said funds, the Trustee shall amortize the delinquency over the remaining life of the plan and amend the wage order accordingly.

**IT IS FURTHER ORDERED** that should the Debtor fail to adhere to the aforementioned requirement **by September 25, 2025**, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

##END OF ORDER##

**SUBMITTED BY:**

/s/ Kellie Grizzell
Kellie Grizzell, MSB# 105681
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Off: (601) 981-9100
Email: KGrizzell@tpmartinch13.com


**AGREED BY:**

/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Off: (601) 500-5533
Fax: (601) 500-5296
Email: trollins@therollinsfirm.com