United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 23-02098-JAW |
| Roshelle Anice Coleman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 1 |
| Date Rcvd: Sep 09, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Roshelle Anice Coleman, 4484 Scotland Rd, Bentonia, MS 39040-9331 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 11, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Roshelle Anice Coleman trollins@therollinsfirm.com<br>jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 9, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                           CHAPTER 13:

ROSHELLE ANICE COLEMAN                        CASE NO. 23-02098-JAW

**AGREED ORDER CONDITIONALLY**
**DENYING TRUSTEE'S MOTION TO DISMISS**

**THIS MATTER** came before the Court on the Trustee's Motion and Notice to Dismiss for Non-Payment (Docket #47) and Debtor's Response (Docket #48). Thus, having considered the matters and finding the parties in agreement, the Court finds the Trustee's Motion should be conditionally denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion and Notice to Dismiss for Non-Payment is hereby denied on the condition that the Debtor shall **submit funds to the Trustee in the amount of at least Four Hundred Forty-Two Dollars and 00/100 ($442.00) on or before September 25, 2025.** Upon receipt of said funds, the Trustee shall amortize the delinquency over the remaining life of the plan and amend the wage order accordingly.

**IT IS FURTHER ORDERED** that should the Debtor fail to adhere to the aforementioned requirement **by September 25, 2025**, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

##END OF ORDER##

**SUBMITTED BY:**

/s/ Kellie Grizzell
Kellie Grizzell, MSB# 105681
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Off: (601) 981-9100
Email: KGrizzell@tpmartinch13.com

**AGREED BY:**

/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Off: (601) 500-5533
Fax: (601) 500-5296
Email: trollins@therollinsfirm.com