**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 20, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13:**

**ROSHELLE ANICE COLEMAN** **CASE NO. 23-02098-JAW**

**<u>AGREED ORDER CONDITIONALLY</u>**
**<u>DENYING TRUSTEE'S MOTION TO DISMISS</u>**

**THIS MATTER** came before the Court on the Trustee's Motion to Dismiss (Docket #57) and Debtor's Response (Docket #58). Thus, having considered the matters and finding the parties in agreement, the Court finds the Trustee's Motion should be conditionally denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion and Notice to Dismiss for Non-Payment is hereby denied in part based on the condition that the Debtor shall **<u>submit funds to the Trustee in the amount of at least Three Hundred Eighty-Seven Dollars and 50/100 ($387.50) on or before October 30, 2026.</u>** Upon receipt of said funds, the Trustee shall amortize the delinquency over the remaining life of the plan and amend the wage order accordingly.

**IT IS FURTHER ORDERED** that should the Debtor(s) fail to adhere to the aforementioned condition **on or before <u>October 30, 2026</u>**, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

**IT IS FURTHER ORDERED** that should the Debtor(s) become more than sixty (60) days delinquent, calculated from the first day of the first delinquent month, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

**##END OF ORDER##**

**SUBMITTED BY:**

/s/ *Semoune Ellis*
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com

**AGREED BY:**

/s/ *Thomas C. Rollins, Jr.*
Thomas Carl Rollins, Jr., MSB #103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: (601) 500-5533
Fax: (601) 500-5296
Email: trollins@therollinsfirm.com